**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Bernard Grogan and Ginger A. Grogan, Defendants,

Of whom Ginger A. Grogan is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2019-000134

———————————

Appeal From Newberry County
Joseph C. Smithdeal, Family Court Judge

———————————

Unpublished Opinion No. 2019-UP-320
Submitted September 11, 2019 – Filed September 24, 2019

———————————

**AFFIRMED**

———————————

A. Bea Hightower, of Aiken & Hightower, of Columbia,
for Appellant.

Sarah M. Ahmad, of the South Carolina Department of
Social Services, of Newberry, for Respondent.

James N. Parr, Jr., of James N Parr, Jr., Attorney at Law, of Newberry, for the Guardian ad Litem.

_____

**PER CURIAM:**  Ginger A. Grogan appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2018).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Grogan's counsel.

**AFFIRMED.**[1]

**HUFF, WILLIAMS, and MCDONALD, JJ., concur.**

_____

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.